# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00430-WMR-JSA
## USA v. Mills et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 11/13/2023.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 3:00 P.M.        COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:30                    DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Anthony Mills Present at proceedings |
| ATTORNEY(S) PRESENT: | Emily Gilbert representing Anthony Mills
William Morrison representing Anthony Mills
David O'Neal representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard argument on sentencing. Steven Lee and Michell Forman spoke on behalf of Defendant. The Government entered Exhibit A into evidence. Defendant allocuted. Court instructed probation to prepare and amended PSR. Defendant sentenced as to Counts 1 and 2 of the Criminal Indictment and advised of appeal rights. See Judgment and Commitment for sentence. BOND |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |